■ THE STATE OF NEW YORK ex rel. EDWARD M. SHAW, on Behalf of FRANCES B. SCHREUDER, Appellant, v HAROLD J. ROTHWAX, et al., Respondents. — Judgment, Supreme Court, New York County (Rothwax, J.), entered May 3, 1982, dismissing a writ of habeas corpus challenging extradition on demand of the State of Utah, affirmed, without costs. The papers do not establish that the conduct of the officials of the demanding State reaches a level which raises a constitutional issue. Concur — Sandler, J. P., Sullivan, Markewich, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ALMONTE, Appellant. — Judgment, Supreme Court, New York County (M. Williams, J.), rendered on June 12, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Carro, Lupiano, Fein and Milonas, JJ.

■ In the Matter of ALLEN S. and Another. COMMISSIONER OF SOCIAL SERVICES OF CITY OF NEW YORK, Respondent; ANN MARIE S., Appellant. — Orders of disposition of the Family Court, New York County (Denbitz, J.), entered on February 10, 1981 and April 1, 1981, respectively, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Carro, Lupiano and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAH EL RAHEEM, Appellant. — Judgment, Supreme Court, New York County (Berman, J.), rendered on April 21, 1980, unanimously affirmed, without prejudice to an appropriate postconviction motion if so advised. No opinion. Concur — Sullivan, J. P., Ross, Silverman, Bloom and Fein, JJ.

■ In the Matter of MARTIN MENACK, an Attorney and Counselor At Law. — Upon the court's own motion, counsel substituted to inventory files and to protect the interest of respondent's clients as indicated in the order of this court. Concur — Sullivan, J. P., Markewich, Bloom, Fein and Asch, JJ.